1 | Eric Slocum Sparks
Arizona State Bar No. 11726
2 | LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
3505 North Campbell Avenue #501
3 | Tucson, Arizona 85719
Telephone (520) 623-8330
4 | Facsimile (520) 623-9157
eric@ericslocumsparkspc.com
5 | Attorney for Debtor

6 | IN THE UNITED STATES BANKRUPTCY COURT

7 | FOR THE DISTRICT OF ARIZONA

8 | In re:                                        )
                                                 )   No. No. 4:12-bk-06697-SHG
9 | JAMES C. COUNTS, SR,                          )
                                                 )   (Chapter 11)
10 |                                              )
                                                 )   ORDER GRANTING DEBTOR'S MOTION
11 |       Debtor.                                )   TO REOPEN BANKRUPTCY PROCEEDING
    |_____      )

12 |

13 |       This matter having come before the Court on the Debtor's Motion to Reopen Bankruptcy

Proceeding (the "Motion"), and good cause appearing;

14 |

15 |

16 |       IT IS THEREFORE ORDERED that the Debtor's Motion is GRANTED. The above-captioned

Chapter 11 proceedings shall be reopened.

17 |

18 |

19 |                               DATED, SIGNED AND ORDERED ABOVE

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1